# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

SHIRLEY R. FLEMING,

vs

BRANCHFELD & ASSOCIATES P.C.,

FILED
08 FEB 27 PM 4:09
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

SUMMONS IN A CIVIL ACTION

Case No. '08 CV 0371 J BLM

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Joshua B. Swigart
Hyde & Swigat
411 Camino Del Rio South, Suite 301
San Diego, CA 92108

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

FEB 27 2008

W. Samuel Hamrick, Jr.
CLERK

By P. DEL_____, Deputy Clerk          DATE