1  Joshua B. Swigart
   State Bar No.: 225557
2  Robert L. Hyde
   State Bar No.: 227183
3  **HYDE & SWIGART**
   411 Camino Del Rio South, Suite 301
4  San Diego, CA 92108-3551
   Telephone: (619) 233-7770
5  Facsimile: (619) 297-1022

6  Attorney for the Plaintiff
   Shirley R. Fleming
7

8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| Shirley R. Fleming, | Case No.: 08 CV 0371 J BLM |
| Plaintiff, | |
| v. | **PROOF OF SERVICE** |
| Branchfeld & Associates, P.C., | |
| Defendant. | |

16
17
18
19
20
21
22
23
24
25
26
27
28

1  JOSHUA B. SWIGART, ESQ. (SBN 225557)
   **HYDE & SWIGART**
2  411 CAMINO DEL RIO SOUTH, SUITE 301
   SAN DIEGO, CA 92108
3  Phone: 619-233-7770

4  Attorney for Plaintiff, SHIRLEY M. FLEMING

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY R. FLEMING ) | Case No.: 08CV0371JBLM |
| ) | |
| Plaintiff, ) | PROOF OF SERVICE |
| ) | |
| vs. ) | |
| ) | |
| BRANCHFELD & ASSOCIATES P.C. ) | |
| ) | |
| Defendant. ) | |

I, Paul Yupamake, declare as follows:

I am over the age of eighteen years and not a party to this action. I am employed in the County of San Diego, California, where the service occurred and my business address is 2250 Fourth Avenue, San Diego, CA 92101.

I served the following documents:

SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET

//

//

PROOF OF SERVICE - 1

JOSHUA B. SWIGART, ESQ. (SBN 225557)
HYDE & SWIGART
411 CAMINO DEL RIO SOUTH, SUITE 301
SAN DIEGO  CA  92108
619-233-7770          Ref. No.       : 0303922-01
Attorney for : PLAINTIFF    Atty. File No.  : 08CV0371JBLM

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN  JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : SHIRLEY R. FLEMING | Case No.: 08CV0371JBLM |
| DEFENDANT | : BRANCHFELD & ASSOCIATES P.C. | **PROOF OF SERVICE** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL CASE COVER SHEET

3. a. Party served        :   BRANCHFELD & ASSOCIATES P.C.
                              AUTHORIZED AGENT FOR SERVICE: ERICA BRACHFELD
   b. Person served   :      RYAN LAZON, EMPLOYEE
                              (PERSON APPARENTLY IN CHARGE)

4. Address where the party was served  20300 S. VERMONT AVE.    STE. 120
                                        TORRANCE, CA  90502     (Business)

5. I served the party
   b. **by substituted service.** On March 6, 2008 at 09:49 AM I left the documents listed in item 2
      with or in the presence of   RYAN LAZON, EMPLOYEE,
                                    PERSON APPARENTLY IN CHARGE
      (1) **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business
          of the person to be served. I informed him or her of the general nature of the papers.
      (4) a **declaration of mailing** is attached.
      (5) I attach a **declaration of diligence** stating actions taken first to attempt personal service.

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:         BRANCHFELD & ASSOCIATES P.C.
                            AUTHORIZED AGENT FOR SERVICE: ERICA BRACHFELD
      under [xx] CCP 416.10   (corporation)

7. **Person who served papers**
   a. PAUL YUPAMAKE                                d. Fee for service: $87.50
   b. KNOX ATTORNEY SERVICE, INC.                   e. I am:
      2250 Fourth Avenue                                (3) a registered California process server
      San Diego, California  92101                          (i)   an independent contractor
   c. 619-233-9700                                          (ii)  Registration No.: 152
                                                            (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 11, 2008               Signature:  _____
                                                PAUL YUPAMAKE

Jud. Coun. form, rule 982.9                    **PROOF OF SERVICE**
JC Form POS 010 (Rev. January 1, 2007)

JOSHUA B. SWIGART, ESQ. (SBN 225557)
HYDE & SWIGART
411 CAMINO DEL RIO SOUTH, SUITE 301
SAN DIEGO  CA  92108
619-233-7770                          Ref. No.         : 0303922-01
Attorney for : PLAINTIFF       Atty. File No.  : 08CV0371JBLM

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN  JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : SHIRLEY R. FLEMING | Case No.: 08CV0371JBLM |
| DEFENDANT | : BRANCHFELD & ASSOCIATES P.C. | **DECLARATION REGARDING DILIGENCE** |

I received the within process on 03/05/08.  After due and diligent effort I have been unable to effect personal service on the within named party at the following address(es):

Party served      BRANCHFELD & ASSOCIATES P.C.
                         AUTHORIZED AGENT FOR SERVICE: ERICA BRACHFELD

Business    :    20300 S. VERMONT AVE. STE. 120, TORRANCE  CA  90502

Attempts to effect service are as follows:

03/06/08 09:49A   Attempted service-effected substitute service

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 11, 2008                        Signature: _____
                                                                     PAUL YUPAMAKE

Jud. Coun. form, rule 982.9                        **DECLARATION RE DILIGENCE**

JOSHUA B. SWIGART, ESQ. (SBN 225557)
HYDE & SWIGART
411 CAMINO DEL RIO SOUTH, SUITE 301
SAN DIEGO  CA  92108
619-233-7770              Ref. No.       : 0303922-01
Attorney for : PLAINTIFF  Atty. File No. : 08CV0371JBLM

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN  JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF  | : SHIRLEY R. FLEMING | Case No.: 08CV0371JBLM |
| DEFENDANT | : BRANCHFELD & ASSOCIATES P.C. | **DECLARATION OF MAILING** |

RE:  BRANCHFELD & ASSOCIATES P.C.
     AUTHORIZED AGENT FOR SERVICE: ERICA BRACHFELD

I am a citizen of the United States and am employed in the County of SAN DIEGO, State of California. I am over 18 years of age and not a party to this action.  My business address is
**2250 FOURTH AVENUE, SAN DIEGO CA 92101**

On March 10, 2008 I served the within documents:

   SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL CASE COVER SHEET

On the party in said action, by mailing a true copy thereof (by first-class mail, postage prepaid), enclosed in a sealed envelope at the mail collection site at my place of employment, addressed to the following:

   BRANCHFELD & ASSOCIATES P.C.
   AUTHORIZED AGENT FOR SERVICE: ERICA BRACHFELD
   20300 S. VERMONT AVE.     STE. 120
   TORRANCE, CA  90502

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 10, 2008 at SAN DIEGO, California.

Signature: _____
           KIMBERLY FOWLER

**DECLARATION OF MAILING**