1  Robert L. Hyde (SBN: 227183)
   bob@westcoastlitigation.com
2  Joshua B. Swigart (SBN: 225557)
   josh@westcoastlitigation.com
3  **HYDE & SWIGART**
   411 Camino Del Rio South, Suite 301
4  San Diego, CA 92108-3551
   Telephone: (619) 233-7770
5  Facsimile:  (619) 297-1022

6  Attorneys for the Plaintiff
   Shirley R. Fleming
7

8  # UNITED STATES DISTRICT COURT
9  # SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHIRLEY R. FLEMING**, | Case No.: 08-CV-00371 L(BLM) |
| Plaintiff, | |
| v. | **REQUEST TO ENTER DEFAULT FOR DEFENDANT BRANCHFELD & ASSOCIATES** |
| **BRANCHFELD & ASSOCIATES, P.C.**, | |
| Defendants. | Hon. Larry A. Burns |

**TO: THE CLERK OF THE ABOVE-ENTITLED COURT:**

Plaintiff, Shirley R. Fleming, hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendant BRANCHFELD & ASSOCIATES, P.C. on the ground that said Defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure.

//
//
//
//
//

1  Plaintiff served the complaint on Defendant BRANCHFELD &
2  ASSOCIATES, P.C. as evidenced by the proof of service of summons on file with
3  this Court.  Defendant was served on March 6, 2008.  To date, Defendant has
4  failed to file a responsive pleading or otherwise respond.

7  **Dated: July 10, 2008**                                   Respectfully submitted,
8                                                             **HYDE & SWIGART**

10                                                            By: /s/ Joshua B. Swigart
                                                              **Joshua B. Swigart, Esq.**
11                                                            Attorney for the Plaintiff