# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

CONSENT TO EXERCISE OF JURISDICTION
BY A UNITED STATES MAGISTRATE JUDGE
AND ORDER OF REFERENCE

Shirley R. Fleming       , Plaintiff(s)

v.

CASE NUMBER:  08CV-00371 L (BLM)

Branchfeld & Associates, P.C.  , Defendant(s)

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 636(c) and FRCP 73, the parties in this case hereby voluntarily consent to have United States Magistrate Judge _____Barbara L. Major_____ conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment.

**Signatures**                                **Date**

_[signature]_                                 7/14/08

The parties having settled this case, and by signing below, further voluntarily consent to United States Magistrate Judge _____Barbara L. Major_____ deciding:
(1) all disputes regarding settlement terms arising during the documentation thereof not resolved by the parties themselves; and,
(2) all disputes arising out of the terms of the settlement agreement once completed;
AND, that any decision by the Magistrate Judge regarding any such dispute(s), 1 or 2, above, shall be **FINAL AND BINDING, WITH NO APPEAL**. The intent of the parties is to provide the Magistrate Judge plenary authority to achieve finality regarding disputes between/among the parties, to reduce the risk of future litigation, minimize expense, and afford a venue for the parties to solve disputes with a minimum of expense.

**Signatures**                                **Date**

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable _____Barbara L. Major_____ United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), FRCP 73 and the foregoing consent of the parties.

Date                                          United States District Judge

K:\COMMON\CSA\forms\2005\cvconsent.wpd