1  Robert L. Hyde (SBN: 227183)
   bob@westcoastlitigation.com
2  Joshua B. Swigart (SBN: 225557)
   josh@westcoastlitigation.com
3  **HYDE & SWIGART**
   411 Camino Del Rio South, Suite 301
4  San Diego, CA 92108-3551
   Telephone: (619) 233-7770
5  Facsimile:  (619) 297-1022

6

7  Attorneys for Plaintiff
   Shirley Fleming

8

9

                    **UNITED STATES DISTRICT COURT**
10
                    **SOUTHERN DISTRICT OF CALIFORNIA**
11

12 | **SHIRLEY R. FLEMING**, | CASE NO.: 3:08-CV-00371-L-BLM |
|---|---|
13 | Plaintiff, | **NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT** |
14 | v. | |
15 | **BRANCHFELD & ASSOCIATES, P.C.**, | **NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |
16 | Defendants. | |
17 | | **HON. M. JAMES LORENZ** |
18 | | Date:  November 17, 2008 |
19 | | Time:  10:30 a.m. |
    | | Courtroom:  14 |

20

21

22 **TO: DEFENDANT, BRANCHFELD & ASSOCIATES, P.C., AND ITS**

23 **ATTORNEY OF RECORD:**

24      **PLEASE TAKE NOTICE** that on November 17, 2008, at 10:30 a.m. in

25 Courtroom 14 of the United States Courthouse, located at 940 Front Street, San

26 Diego, California, 92101, Shirley Fleming, ("Plaintiff"), through her attorneys of

27 record, will move this Court for a Default Judgment against Defendant,

28 Branchfeld & Associates.

1  This motion is based upon the instant Notice of Motion, the attached
2  Memorandum of Points and Authorities in support, and on all papers and records
3  on file herein. Plaintiff submits on the pleadings and requests no oral arguments,
4  unless requested by the Court.

5

6  Dated: September 12, 2008                    Respectfully submitted,

7                                               **HYDE & SWIGART**

8

9                                               By:  __/s/ Joshua B. Swigart__
10                                                   Joshua B. Swigart
                                                     Attorneys for Plaintiff