Re: *Shirley R. Fleming v. Branchfeld & Associates*
United States District Court, Southern District of California
Case No. 3:08-CV-00371-L-BLM

**PROOF OF SERVICE**

I, Timothy Barrett, declare as follows:

I am over the age of eighteen years and not a party to the case. I am employed in the County of San Diego, California where the mailing occurs: My business address is 411 Camino Del Rio South, Suite 301 San Diego, CA 92108-3551. I am readily familiar with our business' practice of collecting, processing and mailing of correspondence and pleadings for mail with the United Postal Service.

On September 12, 2008, I served the foregoing document(s) described as

**PLAINTIFF SHIRLEY R. FLEMING'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT**

**PLAITNIFF'S MEMORANDUM IN SUPPORT OF PLAINTIFF'S DEFAULT JUDGMENT**

On the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

>   Erica L. Branchfeld
>   Branchfeld & Associates
>   20300 S. Vermont Avenue, Suite 120
>   Torrance, CA 90502

☒ BY MAIL, by placing a copy thereof in a separate envelope for each addressee named above, addressed to each addressee respectively, and then sealed each envelope and, with the postage thereon fully prepaid, deposited each in the United States mail at San Diego, California in accordance with our business' practice.

☐ BY FACSIMILE, this document was transmitted by facsimile transmission from (619) 330-4657 and transmission was reported as complete and without error. A copy of the transmission report is attached to this affidavit.

☐ ELECTRONICALLY / NEF, this document was transmitted by the Internet through a Notice of Electronic Filing automatically generated by the Court Electronic Filing System Service in accordance with Federal Rules of Civil Procedure 58 and 79 and Local Rules

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 12, 2008, at San Diego, California.

*Timothy W. Barrett* (signature)
Timothy Barrett