1  Robert L. Hyde (SBN: 227183)
   bob@westcoastlitigation.com
2  Joshua B. Swigart (SBN: 225557)
   josh@westcoastlitigation.com
3  **HYDE & SWIGART**
   411 Camino Del Rio South, Suite 301
4  San Diego, CA 92108-3551
   Telephone: (619) 233-7770
5  Facsimile: (619) 297-1022

6

7  Attorneys for Plaintiff
   Shirley Fleming

8

9              UNITED STATED DISTRICT COURT

10            SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHIRLEY R. FLEMING,** Plaintiff, v. **BRANCHFELD & ASSOCIATES, P.C.,** Defendant. | CASE NO.: 3:08-CV-00371-L-BLM  **NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES AND COSTS**  **NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**  HON. M. JAMES LORENZ  Date: November 17, 2008 Time: 10:30 a.m. Courtroom: 14 |

**TO: DEFENDANT BRANCHFELD & ASSOCIATES, P.C., AND ITS ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that on November 17, 2008, at 10:30 a.m. in Courtroom 14 of the United States Courthouse, located at 940 Front Street, San Diego, California, 92101, Shirley Fleming, ("Plaintiff"), through her attorneys of record, will move this Court for an award of attorneys fees and costs against Defendant, BRANCHFELD & ASSOCIATES, P.C., pursuant to 15 U.S.C. § 1692k(a)(3) and Cal. Civ. Code § 1788.30.

1 |      This motion is based upon the instant Notice of Motion, the attached
2 | Memorandum of Points and Authorities in support, the declaration of Joshua B.
3 | Swigart, on all papers and records on file herein. Plaintiff submits on the
4 | pleadings and requests no oral arguments, unless requested by the Court.

Dated: September 12, 2008            Respectfully submitted,

**HYDE & SWIGART**

By:   /s/ Joshua B. Swigart
      Joshua B. Swigart
      Attorneys for Plaintiff

---

Notice of Motion For Attorneys' Fees and Costs          3:08-CV-00371-L-BLM