# EXHIBIT A

### Joshua B. Swigart, ATTORNEY (at $345.00 per hr.)

| | Time | Rate | Total |
|---|---|---|---|
| **Entries on 2/25/08 by Joshua B. Swigart** | | | |
| Initial consulatation with client | 1.00 hrs. | $345.00 | $345.00 |
| Draft complaint | 2.00 hrs. | $345.00 | $690.00 |
| **Entries on 7/10/08 by Joshua B. Swigart** | | | |
| Draft request for default and additional documents | 0.50 hrs. | $345.00 | $172.50 |
| **Entries on 8/27/08 by Joshua B. Swigart** | | | |
| Call to Ryan re: settlement and default; lft message | 0.10 hrs. | $345.00 | $34.50 |
| Attorney Joshua B. Swigart, In Summary: | **3.60 hrs.** | | **$1,242.00** |

### Tiffany G. Jensen, ATTORNEY (at $195.00 per hr.)

| | Time | Rate | Total |
|---|---|---|---|
| **Entries on 7/11/08 by Tiffany G. Jensen** | | | |
| Received email from JBS. Re: stip to jurisdiction. | 0.10 hrs. | $195.00 | $19.50 |
| **Entries on 8/29/08 by Tiffany G. Jensen** | | | |
| Reviewed case for Default/Atty Fees Motion. | 0.30 hrs. | $195.00 | $58.50 |
| Reviewed FRCP 55, Rearched on Lexis - Default Judgment Motion by Court vs. Clerk. | 1.00 hrs. | $195.00 | $195.00 |
| Researched case status on PACER (to determine whether Clerk set OSC for failure to | 0.30 hrs. | $195.00 | $58.50 |
| Discussed 30-day requirement with JBS; Default motion. | 0.30 hrs. | $195.00 | $58.50 |
| **Entries on 9/5/08 by Tiffany G. Jensen** | | | |
| Emailed JBS. Re: template for default/attorneys fees. | 0.10 hrs. | $195.00 | $19.50 |
| **Entries on 9/9/08 by Tiffany G. Jensen** | | | |
| Reviewed Past Default Motions/Attorney Fees Motions (Myers; Gonzalez) | 0.30 hrs. | $195.00 | $58.50 |
| Drafted Default Judgment Motion. | 1.50 hrs. | $195.00 | $292.50 |
| Drafted Default Judgment Motion | 0.50 hrs. | $195.00 | $97.50 |
| **Entries on 9/10/08 by Tiffany G. Jensen** | | | |
| Edited Default Judgment Motion. | 0.50 hrs. | $195.00 | $97.50 |
| Call to calendar clerk/Rose. Default Judgment MTN set for 11-17-08 at 10:30 a.m. in | 0.20 hrs. | $195.00 | $39.00 |
| Drafted/Reviewed Notice for Default Judgment Motion. | 0.50 hrs. | $195.00 | $97.50 |
| Default Motion and Notice to JBS for review. | 0.10 hrs. | $195.00 | $19.50 |
| Drafted/Reviewed Notice Atty Fees/Costs | 0.50 hrs. | $195.00 | $97.50 |
| Began drafting Atty Fees Motion. | 0.50 hrs. | $195.00 | $97.50 |
| **Entries on 9/11/08 by Tiffany G. Jensen** | | | |
| Draft Atty Fees Motion. | 1.50 hrs. | $195.00 | $292.50 |
| Attorney Tiffany G. Jensen, In Summary: | **8.20 hrs.** | | **$1,599.00** |

### Luisa Parra, LEGAL ASSISTANT (at $115.00 per hr.)

| | Time | Rate | Total |
|---|---|---|---|
| **Entries on 2/25/08 by Luisa Parra** | | | |
| Prepare Summons and Civil Cover Sheet | 0.70 hrs. | $115.00 | $80.50 |
| Create Court Folder | 0.10 hrs. | $115.00 | $11.50 |
| Copy Complaint and other Documents, Prepare Check | 0.40 hrs. | $115.00 | $46.00 |
| Create Defendant Folder | 0.10 hrs. | $115.00 | $11.50 |
| Mailing to the Court | 0.10 hrs. | $115.00 | $11.50 |
| Update Case Progress | 0.10 hrs. | $115.00 | $11.50 |
| **Entries on 3/5/08 by Luisa Parra** | | | |
| Read and Review Correspondence | 0.10 hrs. | $115.00 | $11.50 |
| Scan Documents to PDF - Document Management | 0.25 hrs. | $115.00 | $28.75 |
| Search for Defendant's Agent for Service of Process | 0.25 hrs. | $115.00 | $28.75 |
| Make Online Request for Service of Process - Knox | 0.60 hrs. | $115.00 | $69.00 |
| Update Case Progress | 0.10 hrs. | $115.00 | $11.50 |
| **Entries on 3/17/08 by Luisa Parra** | | | |
| Read and Review Correspondence from Knox | 0.10 hrs. | $115.00 | $11.50 |
| Prepare Proof of Summons, E-File with Court | 0.50 hrs. | $115.00 | $57.50 |
| Scan Documents to PDF - Document Management | 0.20 hrs. | $115.00 | $23.00 |
| Enter Costs | 0.10 hrs. | $115.00 | $11.50 |

| | | | |
|---|---|---|---|
| Update Progress | 0.10 hrs. | $115.00 | $11.50 |
| **Entries on 3/21/08 by Luisa Parra** | | | |
| Scan Documents to PDF - Document Management | 0.40 hrs. | $115.00 | $46.00 |
| Scan Documents to PDF - Document Management | 0.20 hrs. | $115.00 | $23.00 |
| **Entries on 7/10/08 by Luisa Parra** | | | |
| Resolved JBS Inquiry re: Service of Process, and Summons E-Filed with the Court | 0.10 hrs. | $115.00 | $11.50 |
| Draft Proof of Service | 0.10 hrs. | $115.00 | $11.50 |
| Scan Documents for E-Filing | 0.10 hrs. | $115.00 | $11.50 |
| E-File Default with Court | 0.30 hrs. | $115.00 | $34.50 |
| **Entries on 7/11/08 by Luisa Parra** | | | |
| Receive Email from Court with regard to /S/ Signature in Proof of Service | 0.10 hrs. | $115.00 | $11.50 |
| Default Entered by Court. (File Document) | 0.10 hrs. | $115.00 | $11.50 |
| Email from JBS re: Consent to Jurisdiction | 0.10 hrs. | $115.00 | $11.50 |
| Search Online for the Form. Prepare Form, Scan, Email JBS | 0.30 hrs. | $115.00 | $34.50 |
| **Entries on 7/14/08 by Luisa Parra** | | | |
| Correct Consent and Scan it. | 0.10 hrs. | $115.00 | $11.50 |
| Call Court re E-Filing: .... and E-Filing Consent | 0.20 hrs. | $115.00 | $23.00 |
| Legal Assistant Luisa Parra, In Summary: | **5.90 hrs.** | | **$678.50** |
| Total Fees (For The Entire Firm): | | | $3,519.50 |