# EXHIBIT B

*Fleming v. Brachfeld, 08-CV-0371 J(SLM) - Billing, Page 1*

| Cost Description | Count | Cost | Charge |
|---|---:|---:|---:|
| Cost Incurred on 2/25/08 | | | |
|   Copier Costs | 60 | 0.25 | $15.00 |
| Cost Incurred on 2/27/08 | | | |
|   Filing Fee | 1 | 350.00 | $350.00 |
|   Copier Costs | 88 | 0.25 | $22.00 |
| Cost Incurred on 3/17/08 | | | |
|   Knox 290348 | 1 | 87.50 | $87.50 |
|   Postage | 3 | 0.41 | $1.23 |
| Cost Incurred on 9/12/08 | | | |
|   Copier Costs | 40 | 0.25 | $10.00 |

**Total Fees and Costs: $4,317.23**  **Total Expenses: $485.73**