# EXHIBIT C

cal____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA KIGHT, <br><br> Plaintiff, <br> v. <br><br> ESKANOS & ADLER, <br><br> Defendant. | Civil No.05cv1999 (AJB) <br><br> Amended Order Granting Final Approval of Settlement of Class Action Attorney's Fees and Costs <br> [Doc. No. 70] |

Based upon the pleadings and supporting documentation in the Court's file, and pursuant to the Stipulation Requesting Final Approval of Attorney Fee Award, and for good cause shown, the Court finds:

A. Plaintiff and Defendant entered into a Class Action Settlement Agreement ("Settlement Agreement"), that was preliminary approved by the Court on September 10, 2007.

B. The Class Action Settlement was finally approved by the Court on January 25, 2008.

C. Pursuant to the Settlement Agreement, Eskanos & Adler agreed to pay plaintiff's counsel $20,000 for attorney's fees and costs.

D. Since the execution of the Settlement Agreement, plaintiff's counsel has expended additional time and costs.

E. The parties have therefore stipulated to increase the settlement payment of attorney's fees and costs by $6,500 for a total payment of attorney's fees and costs of $26,500.

**IT IS HEREBY ORDERED THAT:**

1. The Settlement of Class Action Attorney's Fees and Costs pursuant to Stipulation in the total amount of $26,500 is hereby approved. Such amount of fees is reasonable, based upon the evidence submitted to the Court, taking into consideration all relevant factors, including but not limited to the work completed, hours incurred, result achieved, counsel's experience, and the type and difficulty of the case.

2. Defendant shall pay plaintiff's counsel The Law Offices of Douglas J. Campion and Hyde & Swigart jointly a total of $26,500.00 within 35 days of entry of this order, including any 30 day appeal period.

3. Without affecting the finality of the Judgment, the Court shall retain jurisdiction of this case to enforce the terms of this Order.

IT IS SO ORDERED.

DATED: February 22, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court