# EXHIBIT D

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OWENS v. CREDITOR'S INTERCHANGE                     Case No. 06cv2597 WQH(RBB)
                                                    Time Spent: 46 mins.

HON. RUBEN B. BROOKS   CT. DEPUTY VICKY LEE   Rptr. CD No. 1: 9:59:02-10:29:57

                              Attorneys
         Plaintiffs                                 Defendants

Joshua Swigart (present)                   Stephen Turner (present)
Robert Hyde (present)                      Todd Stevens
                                           Patrik Johansson (present)

PROCEEDINGS:   ____ In Chambers    x  In Court    ____ Telephonic

A hearing was held on Plaintiff's Motion for Attorney Fees and Costs Pursuant
to Fed. R. Civ. P. 30(g)(2) [doc. no. 34].

For the reasons stated on the record, the Motion is granted. Defendants
shall reimburse Plaintiff's counsel for attorneys' fees in the amount of
$11,796.75, and costs in the amount of $784.74, for a total of $12,581.49.

A settlement conference is set for January 17, 2008, at 2:00 p.m.

All parties and counsel shall be present at the conference in Judge Brooks's
chambers, 940 Front Street, Room 1185. Parties other than individuals shall
bring a non-lawyer representative with complete authority to enter into a
binding settlement and a claims adjuster, if appropriate.

DATED: December 10, 2007       IT IS SO ORDERED: /s/ Ruben Brooks
                                                 Ruben B. Brooks,
                                                 U.S. Magistrate Judge
cc: Judge Hayes                INITIALS: VL (mq/irc) Deputy
    All Parties of Record

K:\COMMON\BROOKS\CASES\OWENS2597\MINUTE07.wpd