**EXHIBIT G**

Robert L. Hyde (SBN: 227183)
bob@westcoastlitigation.com
Joshua B. Swigart (SBN: 225557)
josh@westcoastlitigation.com
**HYDE & SWIGART**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Attorneys for Plaintiff
Jessica Costa

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA COSTA,<br><br>PLAINTIFF,<br><br>V.<br><br>NATIONAL ACTION FINANCIAL SERVICES AND DEFENDANT ELIZABETH DOE,<br><br>DEFENDANTS. | CASE NO.: 05-2084 FCD KJM<br><br>DECLARATION OF ERIC F. FAGAN IN SUPPORT OF REQUEST FOR APPROVAL OF ATTORNEYS FEES<br><br>HON. FRANK C. DAMRELL JR. |

I, Eric F. Fagan, declare:

1. I am an attorney licensed to practice before all California courts and admitted to practice before the federal courts in the Central and Southern Districts of California. I am submitting this declaration at the request of Joshua B. Swigart in support of his request for attorney's fees, as allowed under both state and federal law. If called as a witness, I could and would testify to the matters herein from personal knowledge.

//

Declaration In Support of Attorney's Fees                                    05-2084 FCD KJM

2. I am the founder of The Law Offices of Eric F. Fagan. I am a practicing attorney in the area of consumer rights litigation and have been admitted to practice since 1979.

3. In my capacity as an attorney in a number of individual actions, I have had the opportunity to see the fees charged by other counsel in those cases. I understand that Joshua B. Swigart and Robert L. Hyde are billing at a rate of $315 for their services in this case and asking for an award of fees based upon that hourly rate. Based upon my experience, those hourly rates are reasonable and consistent with the rates charged by attorney's will similar expertise in the Southern California legal community.

4. My billing rate is $350.

5. I have had personal experience in working with both Joshua B. Swigart and Robert L. Hyde over the past three years. On many occasions I have had occasion to consult with one or both about technical points of the law and have found them to be exceptionally perceptive.

6. I have observed their work and believe their hourly rate of $315 per hour is certainly justified.

I declare under the penalty of perjury that he above is true and correct. Executed under the law of the State of California at San Diego, California on February 27, 2008

Eric F. Fagan

Notice of Motion For Attorneys' Fees and Costs                    05-2084 FCD KJM