# EXHIBIT H

Robert L. Hyde (SBN: 227183)
bob@westcoastlitigation.com
Joshua B. Swigart (SBN: 225557)
josh@westcoastlitigation.com
**HYDE & SWIGART**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Attorneys for Plaintiff
Jessica Costa

# UNITED STATED DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA COSTA,<br><br>PLAINTIFF,<br><br>V.<br><br>NATIONAL ACTION FINANCIAL SERVICES AND DEFENDANT ELIZABETH DOE,<br><br>DEFENDANTS. | CASE NO.: 05-2084 FCD KJM<br><br>DECLARATION OF ROBERT STEMPLER IN SUPPORT OF PLAINTIFF'S REQUEST FOR APPROVAL OF ATTORNEYS FEES<br><br>HON. FRANK C. DAMRELL JR. |

I, Robert Stempler, declare:

1. I am an attorney licensed to practice before all California courts and admitted to practice before the federal courts in the Central District of California. I am submitting this declaration at the request of Joshua B. Swigart in support of his request for attorney's fees, as allowed under both state and federal law. If called as a witness, I could and would testify to the matters herein from personal knowledge.

//

2. I am the principle for the Consumer & Tax Law Office of Robert Stempler, APLC. I am a practicing attorney in the area of consumer rights litigation and have been admitted to practice for just over fifteen years.

3. In my capacity as an attorney in a number of individual actions, I have had the opportunity to see the fees charged by other counsel in those cases. I am informed that Joshua B. Swigart and Robert L. Hyde are billing at a rate of $315 for their services in this case and asking for an award of fees based upon that hourly rate. Based upon my experience, those hourly rates are reasonable and consistent with the rates charged by attorney's will similar expertise in the Southern California legal community.

4. My billing rate is now 350 per hour.

5. I have worked with both Joshua B. Swigart and Robert L. Hyde on other matters, am aware of their work product, and believe their hourly rate of $315 per hour to be well justified.

I declare under the penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

Executed on February 27, 2008

Robert Stempler