|     |     |     |
| --- | --- | --- |
| 1   |     |     |
| 2   |     |     |
| 3   |     |     |
| 4   |     |     |
| 5   |     |     |
| 6   |     |     |
| 7   |     |     |

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| SHIRLEY R. FLEMING, | ) | CASE NO. 08 CV 00371 L (BLM) |
| --- | --- | --- |
| Plaintiff, | ) | |
| vs. | ) | **ORDER GRANTING JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| BRACHFELD & ASSOCIATES, P.C. | ) | |
| Defendant. | ) | |

   The parties have filed a joint motion to dismiss the above-entitled action with prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(1), the motion is granted and the above-entitled action is hereby dismissed with prejudice. Each party is to bear its own attorney's fees and costs.

   **IT IS SO ORDERED**.

DATED: June 1, 2009

_____
M. James Lorenz
United States District Court Judge